```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

GS NEW MARKETS, L.L.C.,       )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 03-2222 RJL
                              )
UNITED STATES DEPARTMENT      )
  OF THE TREASURY,            )
  COMMUNITY DEVELOPMENT       )
  FINANCIAL INSTITUTIONS      )
  FUND,                       )
                              )
        Defendant.            )
                              )
```

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the parties' Joint Proposed Scheduling Order, defendant hereby moves for leave to file under seal on November 19, 2003, documents 37, 38 and 39 of the Administrative Record in this reverse Freedom of Information Act case. Plaintiff believes that these documents should be filed under seal because, according to plaintiff, the material concerns plaintiff's confidential commercial information. Since this filing under seal is at plaintiff's request, this motion will not be opposed.

For the foregoing reasons, defendant respectfully requests

that this unopposed motion for leave to file under seal be granted.

          Respectfully submitted,

_____
ROSCOE C. HOWARD, JR., D.C. BAR # 246470
United States Attorney

_____
MARK E. NAGLE, D.C. BAR #416364
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GS NEW MARKETS, L.L.C.,        )
                               )
         Plaintiff,            )
                               )
         v.                    )  Civil Action No. 03-2222 RJL
                               )
UNITED STATES DEPARTMENT       )
  OF THE TREASURY,             )
  COMMUNITY DEVELOPMENT        )
  FINANCIAL INSTITUTIONS       )
  FUND,                        )
                               )
         Defendant.            )
                               )
```

## ORDER

Upon consideration of Defendant's Unopposed Motion For Leave To File Under Seal, and of the entire record, and it appearing to the Court that the granting of this unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2003,

ORDERED that Defendant's Unopposed Motion For Leave To File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal documents 37, 38 and 39 of the Administrative Record.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

For Defendant:

Marina Utgoff Braswell
Assistant United States Attorney
Judiciary Center, Room 10-413
555 - 4th Street, N.W.
Washington, D.C.  20530

For Plaintiff:

Elizabeth A. Ferrell, Esq.
Katherine I. Funk, Esq.
Sonnenschein Nath & Rosenthal, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005