UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GS NEW MARKETS FUND, LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>TREASURY, COMMUNITY )<br>DEVELOPMENT FINANCIAL )<br>INSTITUTIONS FUND )<br>)<br>Defendant. )<br>) | Civil Action No. 1:03 CV 02222<br>(RJL) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff hereby moves for leave to file under seal its Motion for Summary Judgment, Statement of Material Facts As To Which There Is No Material Issue and Plaintiff's Statement of Points and Authority in Support of its Motion for Summary Judgment. Both of these documents contain direct quotations and information from documents in the Administrative Record that are currently filed under seal. Plaintiff believes that the documents that are currently filed under seal, the Statement of Material Facts As To Which There Is No Material Issue and its Statement of Points and Authority in Support of its Motion for Summary Judgment, contain confidential commercial information.

For the foregoing reasons, Plaintiff respectfully requests that its Motion for Leave to File Under Seal be granted.

Respectfully submitted,

By: /s/ Joseph P. Hornyak / by esf
Joseph P. Hornyak (D.C. Bar No. 434180)
Katherine I. Funk (D.C. Bar No. 448567)
Elizabeth Finberg, (D.C. Bar No. 468555)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

*Attorneys for Plaintiff*
*GS New Markets Fund, LLC*

Dated: December 18, 2003